**Deny and Opinion Filed January 31, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00046-CV**

**IN RE MEADOWBROOK BAPTIST CHURCH, Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC--21-01593-E**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

In this original proceeding, relator challenges the trial court's December 15, 2021 order granting real party in interest's motion to compel access to and inspection of relator's hard drives by real party's forensic computer expert.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing the Court with a properly authenticated record establishing his right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn

copies). Relator has not provided a record with certified or sworn documents establishing relator's entitlement to the relief requested. Based on the record before us, we conclude relator has not established a right to mandamus relief. Accordingly, we deny the petition for writ of mandamus without prejudice to refiling a petition with a record that complies with Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3(k), 52.7(a).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

220046F.P05